AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ CONNECTICUT _____

UNITED STATES OF AMERICA

V.

William A. Trudeau, Jr.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:10cr234 (JCH)

The defendant was found not guilty on counts 2,3,4,5,6,7 and 8 of the Indictment.  IT IS ORDERED that the defendant is acquitted as to counts 2,3,4,5,6,7 and 8 of the Indictment.

/s/ Janet C. Hall
Signature of Judge

Janet C. Hall        U.S. District Judge
Name of Judge        Title of Judge

Feb. 15, 2013
Date

United States District Court
District of Connecticut
FILED AT NEW HAVEN
2/15/2013
Rob____, Clerk
By_____ Deputy Clerk