*230-1 — 234 — ORDER*

*Diahann — Pending*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL CASE NO. |
| v. | : | 3:10-CR-234 (JCH) |
| | : | |
| WILLIAM A. TRUDEAU, JR., | : | APRIL 14, 2014 |
| Defendant. | : | |

## ORDER

This case has been remanded by the Second Circuit "for the district court to consider whether it would have sentenced Trudeau differently if it had understood the statutory maximum sentence was 20 years for each count." USA v. Trudeau, No. 13-769-cr (2d Cir. Apr. 14, 2014).

The parties shall submit by **May 5, 2014** any filings they wish concerning the issue remanded. The parties are invited to address as well the necessity of holding a hearing in connection with the court's immediate determination of the issue remanded.

**SO ORDERED.**

Dated at New Haven, Connecticut this 14th day of April, 2014.

/s/Janet C. Hall
Janet C. Hall
United States District Judge